

# NUMBER 13-11-00240-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

TREY STINNETT AND CASSI STINNETT
MCDERMOTT,                                                      APPELLANTS,

v.

WINDFERN DEVELOPMENT CORPORATION AND
BLUE WATER CONSTRUCTION COMPANY,              APPELLEES.

## On appeal from the 329th District Court
## of Wharton County, Texas.

# MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Garza and Vela
### Memorandum Opinion Per Curiam

Appellants, Trey Stinnett and Cassi Stinnett McDermott, perfected an appeal from a judgment entered by the 329th District Court of Wharton County, Texas, in cause number 44,610. The parties have filed a joint motion to dismiss on grounds that all

matters in controversy between them in this cause have been fully compromised and settled. The parties request that this Court dismiss the appeal.

The Court, having considered the documents on file and the joint motion to dismiss, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The joint motion to dismiss is granted, and the appeal is hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
29th day of December, 2011.